VINCENT J. DAVITT (SBN 130649)
ANITA JAIN (SBN 192961)
MEYLAN DAVITT JAIN AREVIAN & KIM LLP
444 South Flower Street, Suite 1850
Los Angeles, California 90071
Telephone: (213) 225-6000
Email: vdavitt@mdjalaw.com/ajain@mdjalaw.com

Attorneys for Creditor
UNITED LENDER, LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HELPING OTHERS INTERNATIONAL, LLC,<br><br>Debtor. | CASE NO. 1:20-bk-11134-VK<br><br>Chapter 11<br><br>Adv. No. Assigned to Removed Action:<br><br>_____<br><br>**NOTICE OF REMOVAL OF LAWSUIT PENDING IN STATE COURT TO BANKRUPTCY COURT (28 USC § 1452)**<br><br>[LBR 9027-1] |
| ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED LENDER, LLC, a Nevada limited liability company; SHAWN AHDOOT, an individual; ALBERT A. AHDOOT, an individual; MEGAN E. ZUCARO, an individual; HELPING OTHERS INTERNATIONAL, LLC, a Delaware limited liability company; WESTERN FIDELITY ASSOCIATES, LLC, a California limited liability company, dba WESTERN FIDELITY TRUSTEES; JOHN B. SPEAR, an individual; AMERICAN | |

1  FINANCIAL CENTER, INC., a California corporation; and DOES 1 through 100, inclusive,
2          Defendants.
3  UNITED LENDER, LLC, a Nevada limited liability company,
4
5          Cross-Complainant,
6  vs.
7  HELPING OTHERS INTERNATIONAL, LLC,
8  a Delaware limited liability company; ANH THY SONG NGUYEN, individually and as Trustee of
9  MOTHER NATURE TRUST; MEGAN E. ZUCARO, an individual; JOHN B. SPEAR, an
10 individual; TRI STAR EQUITY GROUP CORP.,
11 a California corporation, aka TRI STAR EQUITY GROUP INC.; and ROES 1 through
12 100, inclusive,
13         Cross-Defendants.

14     TO ALL PARTIES TO THE LAWSUIT BEING REMOVED AND TO THE COURT THAT

15 LAWSUIT IS BEING REMOVED FROM:

16     Defendant and Cross-Complainant UNITED LENDER, LLC ("**United**") hereby removes the

17 lawsuit entitled *Anh Thy Song Nguyen, Trustee of Mother Nature Trust v. United Lender, LLC, et al.*,

18 Superior Court for the State of California, for the County of Orange, Case No. 30-2020-01124778-CU-

19 FR-CJC, including all cross-actions and third party actions (the "**Action**"), formerly pending in Orange

20 County Superior Court located at 700 Civic Center Drive, Santa Ana, California 92701, to the United

21 States Bankruptcy Court for the Central District of California pursuant to 28 USC § 1452(a) and FRBP

22 9027(a), and hereby gives notice of such removal to each of the following:

23     1.    Orange County Superior Court
        Attn: Hon. Walter Schwarm, Dept. C19
24         700 West Civic Center Drive
        Santa Ana, California 92701
25

26     2.    Andrew A. Smits, Esq.
        Law Offices of Andrew A. Smits
27         36 Executive Park, Suite 160
        Irvine, CA 92614-4794
28         Tel: (949) 833-1025

2

Email: asmits@smits-law.com
*Attorneys for Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature*

Maurice Wainer, Esq.
Snipper Wainer & Markoff
232 North Canon Drive
Beverly Hills, CA 90210-5302
Tel: (310) 550-5770
Email: mrwainer@swmfirm.com
*Attorneys for Defendant and Cross-Complainant United Lender, LLC and Defendants Shawn Ahdoot and Albert A. Ahdoot*

Lawrence C. Meyerson, Esq.
5521 Mission Road, Suite 399
Bonsall, CA 92003
Tel: (310) 827-3344
Email: lcm@lcmplc.com
*Attorneys for Defendant and Cross-Complainant United Lender, LLC and Defendants Shawn Ahdoot and Albert A. Ahdoot*

Robert Schachter, Esq.
Hitchcock, Bowman & Schachter
Del Amo Financial Center, Ste. 1030
21515 Hawthorne Boulevard
Torrance, CA 90503-6579
Tel: (310) 540-2202
Email: rs@rschachterlaw.com
*Attorneys for Defendant Western Fidelity Associates, LLC dba Western Fidelity Trustees*

Lori E. Eropkin Esq.
Levinson Arshonsky & Kurtz LLP
15303 Ventura Boulevard, Suite 1650
Sherman Oaks, CA 91403
Tel: (818) 382-3434
Email: leropkin@laklawyers.com
*Attorneys for Defendant American Financial Center, Inc.*

Megan E. Zucaro
4501 W. Channel Island Blvd. #94
Oxnard, CA 288-1364
Email: m@megazee.com
*In Pro Per (Defendants Megan E. Zucaro and Helping Others International)*

John B. Spear
4959 Palo Verde Street, Suite 205C
Montclair, CA 91763
Email: johnbspear@gmail.com
*Defendant and Cross-Defendant*

Removal of the Action is based on the following facts:

1. On January 15, 2020, ANH THY SONG NGUYEN, TRUSTEE OF MOTHER NATURE TRUST ("**Plaintiff**") filed the Action against, among others, United.

2. The Action commenced on January 15, 2020, with Plaintiff's filed Complaint. Plaintiff promptly amended. The First Amended Complaint was filed on January 21, 2020, and alleges the following causes of action: (1) Wrongful Foreclosure-Fraud; (2) Fraud and Deceit-Intentional Misrepresentation; (3) Negligence; (4) Breach of Contract; (5) Relief Based on Rescission of Contract; (6) Quieting Title; (7) Cancellation of Written Instruments; (8) Declaratory Relief; and (9) Unfair Business Practices-Violation of Bus. & Prof. Code Section 17200, *et seq*.

3. The Action arises out of the May 2019 sale of real property located within the County of Orange, State of California, commonly known as property at 6475 Marigayle Circle, Huntington Beach, California 92648 (the "**Property**") for $3,150,000. Plaintiff was the seller; Helping Others International, LLC ("**Debtor**") was the buyer (Megan E. Zucaro ("**Zucaro**") is Debtor's managing member); and Defendant United loaned Debtor $1,957,000 in purchase money relating the sale, which is secured by United's Deed of Trust, a first position lien, against the Property. Prior to the sale, Plaintiff and Debtor artificially increased the sale price of the Property from $2.5 million (what Plaintiff had been willing to sell the Property for) to $3,150,000 because: (a) Plaintiff wanted a seller carry back, second position lien in the amount of $1.2 million; (b) Zucaro sought a $150,000 commission for herself; and (c) Plaintiff sought a $157,500 commission for herself. Sometime after the sale, Defendant American Financial Center, Inc. provided Debtor with a loan, secured by a third position lien. Shortly after the sale, Debtor defaulted on all three loans. Because of the post-closing default, Plaintiff seeks to cancel Defendant United's lien and asserts several other tort claims against numerous defendants.

4. On March 4, 2020, United filed a Cross-Complaint, alleging the following causes of action: (1) Judicial Foreclosure of Deed of Trust; (2) Specific Performance of Assignment of Rents; (3) Appointment of Receiver Pursuant to Provision in Deed of Trust; (4) Injunctive Relief; (5) Breach of Contract; (6) Negligent Misrepresentation; (7) Fraudulent Concealment; (8) Negligence; (9) Negligent Hiring/Supervision; (10) Conspiracy; (11) Unjust Enrichment.

5.   On June 8, 2020, Megan E. Zucaro filed a petition for relief in United States Bankruptcy Court for the Central District of California under Chapter 11 which is pending.

6.   The Action is not proceeding before the United States Tax Court.

7.   The Action is not a civil action by a governmental unit to enforce its police or regulatory power.

8.   The Action was formerly pending in Superior Court for the State of California, for the County of Orange, Case No. 30-2020-01124778-CU-FR-CJC.

9.   On June 29, 2020, Debtor filed a petition for relief in United States Bankruptcy Court for the Central District of California under Chapter 11 of the United States Bankruptcy Code, which is currently pending.

10.  By the Action, Plaintiff sues Debtor Helping Others International, LLC to cancel the May 2019 sale transaction and thereby cancel Debtor's fee title interest in the Property, an asset of the Estate.  Further, the Action implicates the rights and liabilities of three of Debtor's secured creditors on the Property:  United (first position lien); Plaintiff (second position lien); and American Financial Center, Inc. (third position lien).  The Action therefore is a core proceeding within the meaning of 28 USC §§ 157 and 1334.

11.  United does consent to entry of a final order in the Action by the bankruptcy court.

12.  This Court has jurisdiction over the Action pursuant to 28 USC § 1334(b).

13.  Removal of the Action to this Court is proper pursuant to 28 USC § 1452(a) and FRBP 9027.

14.  Venue for the Action is proper in this Court under 28 USC § 1452(a) because this Court is the Bankruptcy Court located in the District where the nonbankruptcy court where the Action was formerly pending was located.

15.  Pursuant to Fed. R. Bankr. 9027(c), this Notice of Removal shall also be filed with the court where the Action was previously pending.

16.  Attached hereto are Exhibits 1 through 170 are true and correct copies of all pleadings filed in the Action prior to remove as follows, and **Exhibit 171 is the Docket** in the State Court Action:

5

| Exhibit No. | Date | Title of Pleading |
|---|---|---|
| 1. | 1/15/20 | Civil Case Cover Sheet |
| 2. | 1/15/20 | Complaint for Damages and Equitable and Injunctive Relief Based on (1) Wrongful Foreclosure – Fraud; (2) Fraud and Deceit – Intentional Misrepresentation; (3) Negligence; (4) Breach of Contract; (5) Relief Based on Rescission of Contract; (6) Quieting Title; (7) Declaratory Relief; and (8) Unfair Business Practices – Violation of Bus. & Prof. Code Section 17200, Et Seq. Demand for Jury Trial |
| 3. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Helping Others International, LLC, Pursuant to Civil Code Section 3294 |
| 4. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Shawn Ahdoot Pursuant to Civil Code Section 3294 |
| 5. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant John B. Spear Pursuant to Civil Code Section 3294 |
| 6. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant United Lender, LLC, Pursuant to Civil Code Section 3294 |
| 7. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Megan E. Zucaro Pursuant to Civil Code Section 3294 |
| 8. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Albert A. Ahdoot Pursuant to Civil Code Section 3294 |
| 9. | 1/15/20 | Notice and Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant Western Fidelity Associates, LLC, dba Western Fidelity Trustees, Pursuant to Civil Code Section 3294 |
| 10. | 1/15/20 | Summons |
| 11. | 1/15/20 | Notice of Pendency of Action (Lis Pendens) |
| 12. | 1/15/20 | Court Notice of Case Assignment |
| 13. | 1/17/20 | Payment Receipt |
| 14. | 1/21/20 | First Amended Complaint for Damages and Equitable and Injunctive Relief Based on (1) Wrongful Foreclosure-Fraud; (2) Fraud and Deceit-Intentional Misrepresentation; (3) Negligence; (4) Breach of Contract; (5) Relief Based on Rescission of Contract; (6) Quieting Title; (7) Cancellation of Written Instruments; (8) Declaratory Relief; and (9) Unfair Business Practices-Violation of Bus. & Prof. Code Section 17200, et seq. |
| 15. | 1/21/20 | Notice of Plaintiff's Statement of Right to Seek Punitive Damages Against Defendant American Financial Center, Inc., Pursuant to Civil Code Section 3294 |
| 16. | 1/21/20 | Summons |
| 17. | 1/22/20 | Ex Parte Application of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and Memorandum of Points and Authorities in Support Thereof |

| | | |
|---|---|---|
| 18. | 1/22/20 | Declaration of Anh Thy Song Nguyen in Support of Ex Parte Application of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 19. | 1/22/20 | Declaration of Andrew A. Smits in Support of Ex Parte Application of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 20. | 1/22/20 | Notice of Pendency of Action (Lis Pendens) and Proof of Service Thereof |
| 21. | 1/22/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen, Trustee of Mothers Nature Trust, in Support of Ex Parte Application for Temporary Restraining Order and for Order to Show Cause re: Preliminary Injunction |
| 22. | 1/22/20 | [Proposed] Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 23. | 1/22/20 | Court Payment Receipt |
| 24. | 1/23/20 | [Proposed] Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction |
| 25. | 1/24/20 | Minute Order (re Ex Parte) |
| 26. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Western Fidelity Associates, LLC, DBA Western Fidelity Trustees |
| 27. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant United Lender, LLC |
| 28. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Shawn Ahdoot |
| 29. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Albert A. Ahdoot |
| 30. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant American Financial Center, Inc. |
| 31. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Helping Others International, LLC |

| | | |
|---|---|---|
| 32. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant John B. Spear |
| 33. | 1/28/20 | Proof of Service of: (1) Order Granting Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and (2) Ex Parte Application of Plaintiff for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction, and Supporting Papers Re: Defendant Megan E. Zucaro |
| 34. | 1/28/20 | Proof of Service of Summons (re United Lender, LLC) |
| 35. | 1/28/20 | Proof of Service of Summons (re Western Fidelity) |
| 36. | 1/28/20 | Proof of Service of Summons (re Albert A. Ahdoot) |
| 37. | 1/28/20 | Proof of Service of Summons (re Shawn Ahdoot) |
| 38. | 1/31/20 | Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Injunctive Relief |
| 39. | 1/31/20 | Declaration of Shawn Ahdoot in Opposition to Plaintiff's Motion for Injunctive Relief |
| 40. | 1/31/20 | Declaration of Maurice Wainer in Opposition to Plaintiff's Motion for Injunctive Relief |
| 41. | 1/31/20 | Defendants' Objections to Declaration of Anh Thy Song Nguyen in Opposition to Plaintiff's Motion for Injunctive Relief |
| 42. | 1/31/20 | Proof of Service of Defendants' Papers Filed in Opposition to Plaintiff's Motion for Injunctive Relief |
| 43. | 2/3/20 | Court Payment Receipt |
| 44. | 2/4/20 | Reply Brief if Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, in Support of Motion for Preliminary Injunction and Order to Show Cause re: Preliminary Injunction |
| 45. | 2/4/20 | Evidentiary Objections of Plaintiff Anh Thy Song Nguyen, Trustee of Mothers Nature Trust, to the Declaration of Maurice Wainer Filed in Opposition to Motion for Preliminary Injunction |
| 46. | 2/4/20 | Evidentiary Objections of Plaintiff Anh Thy Song Nguyen, Trustee of Mothers Nature Trust, to the Declaration of Shawn Ahdoot Filed in Opposition to Motion for Preliminary Injunction |
| 47. | 2/4/20 | Supplemental Declaration of Andrew A. Smits in Support of Plaintiff's Reply Brief and Order to Show Cause re: Preliminary Injunction |
| 48. | 2/10/20 | Court Notice of Hearing (re 6/12/20 CMC) |
| 49. | 2/10/20 | [Proposed] Order Granting Plaintiff's Motion for Preliminary Injunction; and Preliminary Injunction |
| 50. | 2/11/20 | Declaration of Non Monetary Status (Def. Western Fidelity) |
| 51. | 2/11/20 | Order Granting Plaintiff's Motion for Preliminary Injunction; and Preliminary Injunction |

| | | | |
|---|---|---|---|
| 1 | 52. | 2/13/20 | Minute Order (re OSC re Preliminary Injunction) |
| 2 | 53. | 2/13/20 | Nguyen Notice of Entry of Judgment or Order |
| 3, 4 | 54. | 2/13/20 | Objection of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Declaration of Non Monetary Status of Western Fidelity Associates, LLC, dba Western Fidelity Trustees |
| 5 | 55. | 2/20/20 | Undertaking of Corporate Surety |
| 6, 7 | 56. | 2/20/20 | Notice of Petition to Compel Arbitration and to Stay Action Pending Award of Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot |
| 8 | 57. | 2/20/20 | Memorandum of Points and Authorities in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 9 | 58. | 2/20/20 | Declaration of Maurice Wainer in Support of Lender Defendants' Petition to Stay Action Pending Award of Arbitrator |
| 10 | 59. | 2/20/20 | Judicial Notice in Support of Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 11 | 60. | 2/20/20 | Proof of Service in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 12, 13 | 61. | 2/21/20 | Request for Judicial Notice in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 14 | 62. | 2/21/20 | Court Payment Receipt |
| 15 | 63. | 2/21/20 | Notice of Filing Undertaking re: Preliminary Injunction |
| 16, 17 | 64. | 3/3/20 | Defendant American Financial Center, Inc. Response to Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot; Declaration of Lori Eropkin in Support of Response |
| 18, 19 | 65. | 3/4/20 | [Proposed] Order Advancing Hearing on Petition to Compel Arbitration and to Stay Action Pending Award Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot (Related to ROA #71) |
| 20 | 66. | 3/4/20 | Ex Parte Application for Order Advancing Hearing on Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator; Memorandum of Points and Authorities (Related to ROA #71) |
| 21, 22 | 67. | 3/4/20 | Request for Judicial Notice in Support of Ex Parte Application for Order Advancing Hearing on Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator (Related to ROA #71) |
| 23, 24 | 68. | 3/4/20 | First Amended Memorandum of Points and Authorities in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 25, 26 | 69. | 3/4/20 | Declaration of Maurice Wainer in Support of Ex Parte Application for Order Advancing Hearing on Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator (Related to ROA #71) |
| 27 | 70. | 3/4/20 | First Amended Declaration of Maurice Wainer in Support of Lender Defendants' Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator |
| 28 | 71. | 3/4/20 | First Amended Notice of Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator Filed by Lender Defendants, United Lender, LLC, |

| | | | |
|---|---|---|---|
| 1 | | | Shawn Ahdoot and Albert A. Ahdoot |
| 2 | 72. | 3/4/20 | Ex Parte Application for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary In junction Should not be Granted; or, in the Alternative; (5) Temporary Restraining Order and Order to Show Cause re Receiver Appointment and Why a Preliminary Injunction Should not be Granted on Shortened Notice; or in the Alternative; (6) For an Order Shortening Time on the Service and Filing of Notice Motion; Memorandum of Points and Authorities |
| | 73. | 3/4/20 | Declaration of Maurice Wainer re: Notice in Support of Ex Parte Application for Appointment of Receiver |
| | 74. | 3/4/20 | Declaration of Shawn Ahdoot in Support of Ex Parte Application for: (1) Appointment of a Receiver: (2) Order to Show Cause why the Appointment of a receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary Injunction Should not Be Granted; or, in the Alternative, (5) Temporary Restraining Order and Order to Show Cause re Receiver Appointment and Why a Preliminary Injunction Should not be Granted on Shortened Notice; or in the Alternative. (6) For an Order Shortening Time on the Service and Filing of Noticed Motion; Memorandum of Points and Authorities |
| | 75. | 3/4/20 | Cross-Complaint for: 1) Judicial Foreclosure of Deed of Trust; 2) Specific Performance of Assignment of Rents; 3) Appointment of Receiver Pursuant to Provision in Deed of Trust; 4) Injunctive Relief; 5) Breach of Contract; 6) Negligent Misrepresentation; 7) Fraudulent Concealment; 8) Negligence; 9) Negligent Hiring/Supervision; 10) Conspiracy 11) Unjust Enrichment |
| | 76. | 3/4/20 | Ex Parte Order Appointing Receiver and Order to Show Cause and Temporary Restraining Order – Rents, Issues, and Profits [Notice of Hearing] |
| | 77. | 3/4/20 | Court Payment Receipt |
| | 78. | 3/4/20 | [Proposed] Order Advancing Hearing on Petition to Compel Arbitration and to Stay Action Pending Award Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot (Related to ROA #71) (with Stamp "Not Signed, Refer to 03/05 Minute Order") |
| | 79. | 3/5/20 | Minute Order (The Court grants the Ex-Parte Application) |
| | 80. | 3/13/20 | Notice of Hearing on Demurrer of Defendant American Financial Center, Inc. to First Amended Complaint of Plaintiff Anh thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint |
| | 81. | 3/13/20 | Demurrer of Defendant American Financial Center, Inc. to First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint; Memorandum in Support |
| | 82. | 3/13/20 | Defendant American Financial Center, Inc.'s Notice of Motion and Motion to Strike Portions of First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust |
| | 83. | 3/13/20 | Request for Judicial Notice in Support of Defendant American Financial Center, Inc.'s Demurrer to Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint |
| | 84. | 3/30/20 | Supplemental Declaration of Shawn Ahdoot in Support of United Lender, LLC's Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining |

| | | |
|---|---|---|
| | | Order; (4) Order to Show Cause why a Preliminary Injunction Should not be Granted |
| 85. | 3/30/20 | Declaration of Alfredo Velasquez in Support of Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary Injunction Should not be Granted |
| 86. | 3/30/20 | Declaration of Jesse Bosque in Support of Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary Injunction Should not be Granted |
| 87. | 3/30/20 | Proof of E-Service in Support of Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver should not be Confirmed; (3) Temporary Restraining Order; (4) Order to Show Cause why a Preliminary Injunction Should not be Granted |
| 88. | 4/1/20 | Proof of Service of Summons re Megan E. Zucaro |
| 89. | 4/1/20 | Proof of Service of Summons re Helping Others International, LLC |
| 90. | 4/1/20 | Proof of Service of Summons re American Financial Center, Inc. |
| 91. | 4/1/20 | Proof of Service of Summons re John B. Spear |
| 92. | 4/22/20 | Statement Reserving United Lender, LLC's Right to Arbitration |
| 93. | 4/22/20 | Proof of Service of Electronic Service |
| 94. | 5/18/20 | (Proposed) Order Sustaining Demurrer |
| 95. | 5/19/20 | Notice of Continuance (re Motion to Appoint Receiver) |
| 96. | 5/19/20 | Notice of Continuance (re Petition to Compel Arbitration) |
| 97. | 5/26/20 | Answer of Defendants Megan E. Zucaro and Helping Others International, a Delaware LL, to United Lender's Cross-Complaint |
| 98. | 5/26/20 | Defendant American Financial Center, Inc.'s Notice of Motion and Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| 99. | 5/26/20 | Request for Judicial Notice in Support of Defendant American Financial Center, Inc.'s Notice of Motion and Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen Trustee of Mother Nature Trust, and Its Counsel, Andrew Smits |
| 100. | 5/26/20 | Declaration of Mark Crittenden in Support of Defendant American Financial Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| 101. | 5/26/20 | Declaration of Lori Eropkin in Support of Defendant American Financial Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |

| | | |
|---|---|---|
| 102. | 5/26/20 | Supplemental Declaration of Lori Eropkin Regarding Safe Harbor Notice of American Financial Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits Center Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and its Counsel, Andrew Smits |
| 103. | 5/26/20 | Defendants Megan E. Zucaro and Helping Others International, a Delaware LLC, Notice of Hearing and Demurrer to Complaint |
| 104. | 5/26/20 | Notice of Motion and Motion of Plaintiff Anh Thy Song Nguyen to Strike Cross-Complaint of Defendant United Lender, LLC; and Memorandum of Points and Authorities in Support Thereof |
| 105. | 5/26/20 | Declaration of Andrew A. Smits re Meet and Confer and in Support of Motion of Plaintiff Anh Thy Song Nguyen to Strike Cross-Complaint of Defendant United Lender, LLC |
| 106. | 5/26/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen in Support of Motion to Strike Cross-Complaint of Defendant United Lender, LLC |
| 107. | 5/26/20 | Declaration of Andrew A. Smits re Meet and Confer and in Support of Demurrer of Plaintiff Anh Thy Song Nguyen to Cross-Complaint of Defendant United Lender, LLC |
| 108. | 5/26/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen in Support of Demurrer to Cross-Complaint of Defendant United Lender, LLC |
| 109. | 5/26/20 | Notice of Demurrer and Demurrer of Plaintiff Anh Thy Song Nguyen to Cross-Complainant of Defendant United Lender, LLC; and Memorandum of Points and Authorities in Support Thereof |
| 110. | 5/26/20 | Notice of Continuance of Hearing on United Lender, LLC's Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not be Confirmed: (3) Temporary Restraining Order; and (4) Order to Show Cause Why a Preliminary Injunction Should not be Granted |
| 111. | 5/26/20 | Plaintiff's Request for Entry of Default (re Defendant John Spear) |
| 112. | 5/27/20 | Notice of Continuance (of Motion to Appoint Receiver) |
| 113. | 5/27/20 | Notice of Hearing (re Trial) |
| 114. | 5/27/20 | Notice of Hearing (re MSC) |
| 115. | 5/27/20 | Amendment to First Amended Complaint |
| 116. | 6/1/20 | Notice of Continuance (of Motion to Appoint Receiver) |
| 117. | 6/1/20 | Notice of Hearing (re Trial) |
| 118. | 6/1/20 | Notice of Hearing (re MSC) |
| 119. | 6/2/20 | Court Payment of Receipt |
| 120. | 6/5/20 | Notice to Filing Party – Document was Rejected |
| 121. | 6/5/20 | Notice of Payment of Advance Jury Fee by Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust |

| | | | |
|---|---|---|---|
| 1 | 122. | 6/5/20 | Notice of Trial and Mandatory Settlement Conference |
| 2, 3, 4 | 123. | 6/9/20 | Amended Notice of Hearing on (1) Demurrer of Defendant American Financial Center, Inc. to First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust's First Amended Complaint and (2) Motion to Strike Portions of First Amended Complaint of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust |
| 5 | 124. | 6/10/20 | Court Payment Receipt |
| 6 | 125. | 6/11/20 | Court Payment Receipt |
| 7 | 126. | 6/11/20 | Court Payment Receipt |
| 8 | 127. | 6/11/20 | Court Payment Receipt |
| 9 | 128. | 6/12/20 | Notice of Rejection of Electronic Filing |
| 10 | 129. | 6/12/20 | Notice of Hearing (Jury Trial) |
| 11, 12, 13 | 130. | 6/15/20 | Notice of Continued Hearing on Defendant American Financial Center, Inc.'s Motion for Monetary Sanctions Pursuant to C.C.P. Section 128.7 Against Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and Its Counsel, Andrew Smits |
| 14, 15 | 131. | 6/16/20 | Notice of Continuance of Hearing on United Lender, LLC's Motion for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should not be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why a Preliminary Injunction Should not be Granted |
| 16, 17 | 132. | 6/16/20 | Notice of Continuance of Hearing on Petition to Compel Arbitration and to Stay Action Pending Award of Arbitrator Filed by Lender Defendants, United Lender, LLC, Shawn Ahdoot and Albert A. Ahdoot |
| 18 | 133. | 6/17/20 | Court Payment Receipt |
| 19 | 134. | 6/18/20 | Defendant United Lender, LLC's Notice of Association of Counsel |
| 20 | 135. | 6/19/20 | [Demand for Jury Trial] Defendant American Financial Center, Inc. Demand for Jury Trial and Notice of Posting Fee Under Code of Civil Procedure 631(B) |
| 21 | 136. | 6/19/20 | Notice of Jury Trial and Mandatory Settlement Conference |
| 22 | 137. | 6/19/20 | [Notice of Posting Jury Fee] Defendant American Financial Center, Inc. Demand for Jury Trial and Notice of Posting Fee Under Code of Civil Procedure 631(B) |
| 23 | 138. | 6/24/20 | Defendant Megan E. Zucaro's Motion for Leave to File Cross-Complaint. |
| 24 | 139. | 6/25/20 | Court Payment Receipt |
| 25 | 140. | 6/26/20 | Proof of Service of Summons re Megan E. Zucaro, CEO |
| 26 | 141. | 6/29/20 | Court Payment Receipt |
| 27 | 142. | 6/29/20 | Court Payment Receipt |
| 28 | 143. | 6/29/20 | Electronic Filing Notice of Fees Due |

| | | | |
|---|---|---|---|
| 1 | 144. | 7/1/20 | Notice of Continuance (re Motion to Strike) |
| 2 | 145. | 7/1/20 | Notice of Continuance (re Demurrer to XC) |
| 3 | 146. | 7/8/20 | Court Payment Receipt |
| 4 | 147. | 7/8/20 | Opposition of United Lender to Cross-Defendant's Motion to Strike Cross-Complaint |
| 5, 6 | 148. | 7/8/20 | Opposition of United Lender to Demurrer of Cross-Defendant Nguyen to United Lenders' Cross-Complaint |
| 7 | 149. | 7/8/20 | Proof of Electronic Service |
| 8 | 150. | 7/8/20 | Notice of Continuance of Hearing on Motion of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and as an Individual, to Strike Cross-Complaint of United Lender, LLC |
| 9, 10 | 151. | 7/8/20 | Notice of Continuance of Hearing on Demurer of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, and as an Individual, to Cross-Complaint of United Lender, LLC |
| 11, 12 | 152. | 7/10/20 | Notice of Motion and Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| 13, 14, 15 | 153. | 7/10/20 | Declaration of Andrew A. Smits in Support of Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| 16, 17 | 154. | 7/10/20 | Separate Statement in Support of Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| 18, 19 | 155. | 7/10/20 | [Proposed] Order on Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Mother Nature Trust, to Quash or Modify Deposition Subpoena of Defendant United Lender, LLC, for Production of Business Records re Apex Escrow, Inc.; and Request for Sanctions |
| 20 | 156. | 7/13/20 | Court Payment Receipt |
| 21, 22 | 157. | 7/14/20 | Defendant Megan E. Zucaro's Opposition to Defendant United Lender LLC's Motion to Appoint Receiver |
| 23 | 158. | 7/14/20 | Notice to Filing Party – Document was Rejected |
| 24 | 159. | 7/14/20 | Defendant American Financial Center, Inc.'s Response to Motion of Plaintiff Anh Thy Song Nguyen, Trustee of Motion Nature Trust, to Quash or Modify Subpoena of Defendant United Lender, LLC, for Production of Records re Apex Escrow, Inc. |
| 25, 26 | 160. | 7/14/20 | Defendant Megan E. Zucaro's Notice of Errata Regarding Her Opposition to Defendant United Lender LLC's Motion to Appoint Receiver |
| 27 | 161. | 7/14/20 | Reply of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, in Support of Motion to Strike Cross-Complaint of United Lender, LLC (Related to ROA #160) |
| 28 | 162. | 7/14/20 | Request for Judicial Notice of Plaintiff and Cross-Defendant Anh Thy Song |

| | | |
|---|---|---|
| | | Nguyen, Trustee of Mother Nature Trust, In Support of Demurrer to Cross-Complaint of Defendant and Cross-Complainant United Lender, LLC (Related to ROA #165) |
| 163. | 7/14/20 | Reply of Plaintiff and Cross-Defendant Anh Thy Song Nguyen, Trustee of Mother Nature Trust, in Support of Demurrer to Cross-Complaint of United Lender, LLC (Related to ROA #165) |
| 164. | 7/15/20 | Opposition of Plaintiff Anh Thy Son Nguyen to Motion of Defendant United Lender, LLC for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 165. | 7/15/20 | Request for Judicial Notice of Plaintiff Anh Thy Song Nguyen re Opposition to Motion of Defendant United Lender, LLC for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 166. | 7/15/20 | Declaration of Andrew A. Smits re: Opposition of Plaintiff Anh Thy Song Nguyen to Motion of Defendant United Lender, LLC, for: (1) Appointment of a Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 167. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Declaration of Shawn Ahdoot re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 168. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Declaration of Alfredo Velasquez re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 169. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Declaration of Jesse Bosque re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 170. | 7/15/20 | Evidentiary Objections of Plaintiff Any Thy Song Nguyen to Supplemental Declaration of Shawn Ahdoot re Opposition to Motion for: (1) Appointment of A Receiver; (2) Order to Show Cause Why the Appointment of a Receiver Should Not Be Confirmed; (3) Temporary Restraining Order; and (4) Order to Show Cause Why A Preliminary Injunction Should Not Be Granted |
| 171. | 7/17/20 | **Copy of the Docket in *Anh Thy Song Nguyen, Trustee of Mother Nature Trust v. United Lender, LLC, et al.*, Superior Court for the State of California, for the County of Orange, Case No. 30-2020-01124778-CU-FR-CJC** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of July, 2020.

DATED: July 17, 2020                    MEYLAN DAVITT JAIN AREVIAN & KIM LLP

By:   /s/ Anita Jain
      Anita Jain
      Attorneys for Claimant
      UNITED LENDER, LLC